1  Erin T. Huntington (SBN 306037)
   NIXON PEABODY LLP
2  300 S. Grand Avenue, Suite 4100
   Los Angeles, CA  90071-3151
3  Tel:  213-629-6000
   Fax:  213-629-6001
4  ehuntington@nixonpeabody.com

5  Daniel J. Schwartz (*pro hac vice*)
   NIXON PEABODY LLP
6  70 W. Madison Street, Suite 5200
7  Chicago, IL 60602
   Telephone: (312) 977-4400
8  Fax: (844) 560-8137
   djschwartz@nixonpeabody.com
9
   *Attorneys for Defendant*
10 *HFC Semiconductor Corp*

11

12              **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14                   **OAKLAND DIVISION**

15

16 | Xiaohua Huang,                     | Case No. 4:23-cv-05584-HSG

17 |                          Plaintiff, | **STIPULATION REGARDING PLAINTIFF'S REQUEST FOR AN**

18 |          vs.                        | **EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO**

19 | HFC Semiconductor Corp,             | **DISMISS OR, IN THE ALTERNATIVE, TRANSFER VENUE;**

20 |                          Defendant. | **ORDER (as modified)**

21 |                                     | **[Filed Concurrently with: Declaration of Erin T. Huntington; (Proposed)**

22 |                                     | **Order]**

23

24

25

26

27                                        STIPULATION REGARDING
                                          PLAINTIFF'S REQUEST FOR AN
28                                        EXTENSION OF TIME TO RESPOND TO
                                          DEFENDANT'S MOTION TO DISMISS
                                          OR, IN THE ALTERNATIVE, TRANSFER
                                          VENUE
   CASE NO. 4:23-CV-05584-HSG

Pursuant to Civil Local Rule 6-2, Plaintiff Xiaohua Huang ("Plaintiff") and Defendant HFC Semiconductor Corp ("HFC") (collectively, the "Parties"), hereby stipulate, subject to approval of the Court, that:

1.      On January 18, 2024, HFC filed a Motion to Dismiss or, in the Alternative, Transfer Venue (Dkt. 30, the "Motion").

2.      HFC's Motion is set to be heard before this Court on February 29, 2024.

3.      Pursuant to Local Rule 7-3, Plaintiff's Opposition to HFC's Motion must be filed and served by no later than February 1, 2024.

4.      Plaintiff, proceeding in this matter *pro se*, has requested, and HFC does not oppose, a two-week extension of time to respond to HFC's motion, such that his Opposition will be due on February 15, 2024.

5.      In turn, the Parties have agreed to a corresponding extension of time for HFC's Reply, such that HFC's Reply will be due on February 29, 2024.

6.      The hearing date for the Motion was initially set for February 29, 2024.  In light of the above, the Parties jointly request that HFC's Motion be heard on March 7, 2024, or as soon as possible thereafter at the Court's convenience.

7.      This is the first time the Parties are requesting an extension of this deadline.  Other than extending the hearing date for the Motion from February 29, 2024, to March 7, 2024, or as soon as possible thereafter at the Court's convenience the requested extension will not affect any other case deadlines.

STIPULATION REGARDING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER VENUE

CASE NO. 4:23-CV-05584-HSG

1    Dated: February 1, 2024            By: _____

2                                              Plaintiff Xiaohua Huang

3

4    Dated: February 1, 2024            NIXON PEABODY LLP

5

6                                By: */s/ Erin T. Huntington*

7                                      Erin T. Huntington
                                     300 S. Grand Avenue, Suite 4100

8                                      Los Angeles, CA  90071-3151
                                     Telephone: (213) 629-6000

9                                      Fax: (213) 629-6001
                                     ehuntington@nixonpeabody.com

10                                    Daniel Schwartz (*pro hac vice*)
                                   70 W. Madison Street, Suite 5200

11                                    Chicago, IL 60602
                                   Telephone: (312) 977-4400

12                                    Fax: (844) 560-8137
                                   djschwartz@nixonpeabody.com

13

14                                    *Attorneys for Defendant*
                                   *HFC Semiconductor Corp*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     2

STIPULATION REGARDING
PLAINTIFF'S REQUEST FOR AN
EXTENSION OF TIME TO RESPOND TO
DEFENDANT'S MOTION TO DISMISS
OR, IN THE ALTERNATIVE, TRANSFER
VENUE

1

## **<u>DECLARATION OF ERIN T. HUNTINGTON</u>**

2     I, Erin T. Huntington, declare as follows:

3        1.     I am an attorney at the law firm Nixon Peabody LLP, and counsel of record for

4     Defendant HFC Semiconductor Corp ("Defendant" or "HFC") in the above-captioned matter.

5        2.     I submit the following declaration in support of HFC's and Plaintiff Xiaohua

6     Huang's ("Plaintiff") (collectively, with HFC, the "Parties") Stipulation Regarding Plaintiff's

7     Request for An Extension of Time to Respond to the Motion to Dismiss or, in the Alternative,

8     Transfer Venue.

9        3.     HFC believes it is in the interest of justice and judicial efficiency for Plaintiff's

10    deadline to respond to HFC's Motion to Dismiss or, in the Alternative, Transfer Venue (the

11    "Motion"), to be extended by two-weeks; and for HFC's Reply brief, if any, to be extended until

12    two-weeks after Plaintiff's Opposition is filed.

13       4.     Previous time modifications in this case include HFC's extension of time to respond

14    to Plaintiff's First Amended Complaint (Dkt. 22).

15       5.     The requested enlargement of time will not affect the case schedule, other than to

16    extend the hearing date for the Motion from February 29, 2024, to March 7, 2024, or as soon as

17    possible thereafter at the Court's convenience.

18       I declare under penalty of perjury under the laws of the United States of America that the

19     foregoing is true and correct, to the best of my knowledge and belief.

20

21     Executed this 1st day of February, 2024, in Los Angeles, California.

22

23                                                    */s/ Erin T. Huntington*
                                                      Erin T. Huntington

24

25

26

27                                          STIPULATION REGARDING
                                            PLAINTIFF'S REQUEST FOR AN
28                                          EXTENSION OF TIME TO RESPOND TO
                                            DEFENDANT'S MOTION TO DISMISS
                    1                       OR, IN THE ALTERNATIVE, TRANSFER
                                            VENUE

1

## **ORDER**

2

3        WHEREAS, Defendant HFC Semiconductor Corp ("HFC") filed its Motion to Dismiss or,

4  in the Alternative, Transfer Venue ("Motion") on January 18, 2024 (Dkt. 30); and

5        WHEREAS, the Motion is set to be heard HFC's Motion is set to be heard before this Court

6  on February 29, 2024; and

7
         WHEREAS, Pursuant to Local Rule 7-3, Plaintiff Xiaohua Huang's ("Plaintiff")
8
   Opposition to HFC's Motion is due on February 1, 2024; and
9

10       WHEREAS, the Parties have stipulated to a two-week extension of time for Plaintiff's

11 Opposition to respond to HFC's motion, such that Plaintiff's Opposition will be due on February

12 15, 2024; and

13       WHEREAS, the Parties have stipulated to a corresponding extension of time for HFC's

14
   Reply, such that HFC's Reply will be due on February 29, 2024; and
15

16       WHEREAS, the Parties have stipulated that the hearing date for HFC's Motion may

17 be extended from February 29, 2024 to March 14 2024; and

18       WHEREAS, the requested enlargement of time will not affect the case schedule;

19 NOW, THEREFORE, IT IS HEREBY ORDERED that the Parties' Stipulation Regarding

20 Plaintiff's Request for an Extension of Time to Respond to the Motion is GRANTED.

21

22
         SO ORDERED.
23

24       Dated: 2/2/2024

*Haywood S. Gill Jr.*

25                                          Hon. Haywood S. Gilliam, Jr.
                                            United States District Judge
26

27                                                              ORDER        STIPULATION
                                                    REGARDING PLAINTIFF'S REQUEST FOR
28                                                  AN EXTENSION OF TIME TO RESPOND
                                             1      TO DEFENDANT'S MOTION TO DISMISS
                                                    OR, IN THE ALTERNATIVE, TRANSFER
                                                    VENUE
   CASE NO. 4:23-CV-05584-HSG