UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOHUA HUANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HFC SEMICONDUCTOR CORP.,<br><br>　　　　Defendant. | Case No. 23-cv-05584-HSG<br><br>**ORDER TO SHOW CAUSE RE: MOTION TO DISMISS**<br><br>Re: Dkt. No. 30 |

ORDER by Hon. Haywood S. Gilliam, Jr. DIRECTING Defendant TO SHOW CAUSE why Dkt. No. 30 the motion to dismiss, or in the alternative, transfer venue should not be terminated as moot in light of Dkt. No. 35 Plaintiff's amended complaint. Defendant shall file a statement of two pages or less by February 27, 2024.

**IT IS SO ORDERED.**

Dated:   2/20/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge